IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OTIS LEE STEVENS and )<br>SPEEDY MAINTENANCE SERVICE, LLC, )<br>)<br>Defendants. )<br>_____) | Case No. 1:20-cv-666 |

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment federal tax liabilities owed by Otis Lee Stevens and by Speedy Maintenance Service, LLC.  For its complaint, the United States alleges as follows:

### JURISDICTION AND PARTIES

1. The district court has jurisdiction pursuant to 26 U.S.C. § 7402(a), and 28 U.S.C. §§ 1331, 1340, and 1345.

2. The defendant, Otis Lee Stevens, resides in Hamilton County, Ohio, within the jurisdiction of this Court.

3. The defendant, Speedy Maintenance Service, LLC, conducts business in Hamilton County, Ohio, within the jurisdiction of this Court.

1

### COUNT ONE
### (Claim Against Otis Lee Stevens to Reduce Income Tax Liabilities to Judgment)

4. A delegate of the Secretary of the Treasury made assessments against Otis Lee Stevens for income taxes for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of August 17, 2020, including assessed and accrued late-payment penalties under 26 U.S.C. § 6651, costs, and statutory interest, and after applying any abatements, payments, and credits as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/17/2020 |
|---|---|---|---|---|
| 12/31/2009 | 04/29/2013 | Tax | $10,823.00 | $15,135.68 |
| 12/31/2018 | 12/02/2019 | Tax | $8,088.00 | $9,165.14 |
| Total | | | | $24,300.82 |

5. Notice of the liabilities described in paragraph 4 was given to, and payment demanded from, Otis Lee Stevens.

6. Despite proper notice and demand, Otis Lee Stevens failed, neglected, or refused to fully pay the liabilities, and after application of all abatements, payments, and credits, he remains liable to the United States in the amount of $24,300.82, plus statutory additions and interest accruing from and after August 17, 2020.

### COUNT TWO
### (Claim Against Otis Lee Stevens to Reduce Trust Fund Liabilities to Judgment)

7. Otis Lee Stevens was a person required to collect, truthfully account for, or pay over the employment taxes of Speedy Maintenance Service, LLC as evidenced by his role as its managing member; his authority to sign checks and the company's Form 1065 partnership returns, Form 941 employment tax returns, Form 940 unemployment tax returns; and his authority to hire and fire employees.

8. Otis Lee Stevens willfully failed to collect, truthfully account for, or pay over the employment taxes of Speedy Maintenance Service, LLC as evidenced by his payment of other company expenses, including his personal wages, while the employment taxes accrued.

9. On November 18, 2013, a delegate of the Secretary of the Treasury made trust fund liability assessments under 26 U.S.C. § 6672 against Otis Lee Stevens for the periods and in the amounts described below. The amounts represent the unpaid portion of the income and Federal Insurance Contributions Act ("FICA") taxes withheld from the wages of employees of Speedy Maintenance Service, LLC (the trust funds). These assessments have balances with interest and costs as of August 17, 2020, as follows:

| Tax Period Ending | Assessment Type | Amount Assessed | Balance Due 08/17/2020 |
|---|---|---|---|
| 03/31/2012 | Trust Fund Recovery Penalty (IRC 6672) | $2,467.67 | $2,596.74 |
| 06/30/2012 | Trust Fund Recovery Penalty (IRC 6672) | $14,715.38 | $19,332.53 |
| 09/30/2012 | Trust Fund Recovery Penalty (IRC 6672) | $7,033.74 | $9,240.66 |
| 12/31/2012 | Trust Fund Recovery Penalty (IRC 6672) | $8,792.25 | $11,550.95 |
| 03/31/2013 | Trust Fund Recovery Penalty (IRC 6672) | $1,642.67 | $1,721.00 |
| **Total** | | | **$44,441.88** |

10. Notice of the liabilities described in paragraph 9 was given to, and payment demanded from, Otis Lee Stevens.

11. Despite proper notice and demand, Otis Lee Stevens has failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $44,441.88, plus statutory interest accruing from and after August 17, 2020.

COUNT THREE
**(Claim Against Speedy Maintenance Service, LLC to Reduce Employment Tax Liabilities to Judgment)**

12. A delegate of the Secretary of the Treasury made assessments against Speedy Maintenance Service, LLC for withheld income and Federal Insurance Contributions Act ("FICA") taxes, as well as the employer's portion of the FICA taxes (collectively, employment taxes) for the periods, on the dates, and in the amounts described below. These assessments have balances due as of August 17, 2020, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651 and failure to deposit penalties under 26 U.S.C. § 6654, costs, and statutory interest, and after applying any abatements, payments and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/17/2020 |
|---|---|---|---|---|
| 12/31/2008 | 12/28/2009 | Tax | $1,825.55 | $9,032.65 |
|  | 03/28/2011 | Tax | $3,026.45 |  |
| 09/30/2010 | 01/03/2011 | Tax | $7,335.96 | $3,604.14 |
| 06/30/2011 | 08/26/2013 | Tax | $4,713.74 | $3,599.99 |
| 09/30/2011 | 05/13/2013 | Tax | $12,811.95 | $12,714.47 |
| 03/31/2012 | 04/08/2013 | Tax | $3,792.07 | $4,855.32 |
| 06/30/2012 | 09/10/2012 | Tax | $20,995.99 | $33,989.23 |
| 09/30/2012 | 04/22/2013 | Tax | $10,779.82 | $18,404.74 |
| 12/31/2012 | 05/27/2013 | Tax | $12,669.08 | $22,422.61 |
| 03/31/2013 | 08/05/2013 | Tax | $13,240.47 | $2,832.39 |
| 06/30/2014 | 11/24/2014 | Tax | $18,338.47 | $3,239.25 |
| **Total** |  |  |  | **$114,694.79** |

13. Notice of the liabilities described in paragraph 12 was given to, and payment demanded from, Speedy Maintenance Service, LLC.

14. Despite proper notice and demand, Speedy Maintenance Service, LLC failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements,

4

payments, and credits, it remains liable to the United States in the amount of $114,694.79, plus statutory additions and interest accruing from and after August 17, 2020.

15. Speedy Maintenance Service, LLC submitted an offer in compromise pursuant to 26 U.S.C. § 7122 for the employment tax period ending December 31, 2008. The offer in compromise was pending from August 22, 2016 through February 10, 2017, or a total of 174 days.

16. Speedy Maintenance Service, LLC submitted a request for an installment agreement pursuant to 26 U.S.C. § 6159 for the employment tax period ending December 31, 2008. The installment agreement was pending from April 17, 2013 through June 28, 2013, or a total of 73 days.

17. Although a proceeding in court must generally be commenced within ten years after the assessment of a tax, this action has been timely commenced under 26 U.S.C. § 6502 because the statute of limitations was tolled pursuant to 26 U.S.C. § 6331(k) for the employment tax period ending December 31, 2008.

### COUNT FOUR
### (Claim Against Speedy Maintenance Service, LLC to Reduce Unemployment Tax Liabilities to Judgment)

18. A delegate of the Secretary of the Treasury made assessments against Speedy Maintenance Service, LLC, for Federal Unemployment Tax Act ("FUTA") taxes (unemployment taxes) for the periods, on the dates, and in the amounts described below. These assessments have balances due as of August 17, 2020, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651, and failure to deposit penalties under 26 U.S.C. § 6654, costs, and statutory interest, and after any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/17/2020 |
|---|---|---|---|---|
| 12/31/2010 | 06/06/2011 | Tax | $635.51 | $3,876.98 |
| | 06/17/2013 | Tax | $2,236.58 | |
| 12/31/2011 | 02/27/2012 | Tax | $658.55 | $1,925.88 |
| | 04/28/2014 | Tax | $2,458.26 | |
| 12/31/2013 | 06/30/2014 | Tax | $775.95 | $4,711.38 |
| | 07/11/2016 | Tax | $2,193.39 | |
| 12/31/2014 | 07/06/2015 | Tax | $2,425.95 | $12,792.68 |
| **Total** | | | | **$23,306.92** |

19. Notice of the liabilities described in paragraph 18 was given to, payment demanded from, Speedy Maintenance Service, LLC.

20. Despite proper notice and demand, Speedy Maintenance Service, LLC failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, it remains liable to the United States in the amount of $23,306.92, plus statutory additions and interest accruing from and after August 17, 2020.

## COUNT FIVE
### (Count to Reduce to Judgment Penalties to Judgment)

21. A delegate of the Secretary of the Treasury made assessments of penalties against Speedy Maintenance Service, LLC under 26 U.S.C. § 6721 for failure to file W-2s, and under 26 U.S.C. § 6651 for failure to timely file Form 1065, U.S. Return of Partnership Income for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of August 17, 2020, including statutory interest, and after applying any abatements, payments, and credits as follows:

6

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/17/2020 |
|---|---|---|---|---|---|
| Form 1065 | 12/31/2009 | 3/4/2013 | Late Filing Penalty | $2,136.00 | $2,559.98 |
| IRC 6721 | 12/31/2010 | 11/11/2013 | Failure to File W-2 (IRC 6721) | $554.03 | $727.88 |
| **Total** | | | | | **$3,287.86** |

22. Notice of the liabilities described in paragraph 21 was given to, and payment demanded from Speedy Maintenance Service, LLC.

23. Despite proper notice and demand, Speedy Maintenance Service, LLC has failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments and credits, it remains liable to the United States in the amount of $3,287.86, plus statutory interest accruing from and after August 17, 2020.

WHEREFORE, the plaintiff United States of America requests the following relief.

A. Judgment against the defendant Otis Lee Stevens for income tax liabilities for the periods ending 2009 and 2018, in the amount of $24,300.82, plus statutory additions and interest accruing from and after August 17, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

B. Judgment against the defendant Otis Lee Stevens for trust fund liabilities under 26 U.S.C. § 6672 in regard to Speedy Maintenance Service, LLC, for the periods ending 03/31/2012; 06/30/2012; 9/30/2012; 12/31/2012; and 3/31/2013, in the amount of $44,441.88, plus statutory additions and interest accruing from and after August 17, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

C. Judgment against Speedy Maintenance Service, LLC for employment tax liabilities for the periods ending 12/31/2008; 9/30/2010; 6/30/2011; 9/30/2011; 3/31/2012;

7

6/30/2012; 9/30/2012; 12/31/2012; 3/31/2013; and 6/30/2014, in the amount of $114,694.79, plus statutory additions and interest accruing from and after August 17, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

D. Judgment against Speedy Maintenance Service, LLC for unemployment tax liabilities for the periods ending 12/31/2010; 12/31/2011; 12/31/2013; and 12/31/2014, in the amount of $23,206.92, plus statutory additions and interest accruing from and after August 17, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

E. Judgment against Speedy Maintenance Service, LLC for late filing penalties associated with Form 1065, U.S. Return of Partnership Income for the period ending 12/31/2009, and penalties assessed pursuant to 26 U.S.C. § 6721 for the period ending 12/31/2010, in the amount of $3,287.86, plus statutory additions and interest accruing from and after August 17, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and,

F. The United States of America shall recover its costs, and be awarded such other and further relief as the Court determines is just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Mary A. Stallings*_____
MARY A. STALLINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-2604 (v)
202-514-5238 (f)
Mary.A.Stallings@usdoj.gov

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. Department of Justice, Tax Division, P.O. Box 55
Washington, D.C. 20044; 202-616-2604

## DEFENDANTS
Otis Lee Stevens, Speedy Maintenance Service, LLC

County of Residence of First Listed Defendant  Hamilton
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Section 7401
Brief description of cause:
Suit to reduce unpaid federal tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** 210,032.27
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 08/25/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Mary A. Stallings

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.